THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ALEXANDER CONRY,<br><br>　　　　　　　　　Defendant. | CASE NO. CR21-0129-JCC<br><br>ORDER |

　　　This matter comes before the Court on Defendant Alexander Conry's unopposed motion to modify the conditions of his supervised release (Dkt. No. 109). Having thoroughly considered the briefing, and finding good cause, the Court GRANTS the motion for the reasons described herein.

　　　In 2021, Mr. Conry was arrested and charged with conspiracy to distribute controlled substances. (Dkt. Nos. 11, 31.) Following his arrest, Mr. Conry was released from custody and has been under supervision for two years. (Dkt. Nos. 25, 109.) Mr. Conry now asks the Court to amend the conditions relating to his use of computers, cell phones, and the internet by deleting most of the prohibitions but leaving in place the prohibition on accessing the dark web or utilizing an anonymous router. (Dkt. No. 109.) Given Mr. Conry's lack of prior criminal history and full compliance with all the terms of his bond, the Court ORDERS that the terms of Mr.

ORDER
CR21-0129-JCC
PAGE - 1

Conry's conditions of release (Dkt. No. 25) are modified in the following manner:

> ~~The defendant shall not use, possess or have access to a computer or computer components (functional or non-functional), including but not limited to hard drives, external storage devices, keyboards, and mouse, at the defendant's residence, place of employment, private homes, libraries, schools, or other public locations, without prior approval of Pretrial Services. In addition, the defendant shall not use, possess, or have access to PDA's, gaming systems, and Internet enabled TV devices, nor access the internet through use of a cellular phone device. The defendant shall not access the internet, or private or public computer networks, or not have others do so on his/her behalf, without prior approval of Pretrial Services. The defendant hereby consents to U.S. Pretrial Services' use of electronic detection devices to evaluate the defendant's access to WiFi (wireless fidelity) connections.~~  The defendant is prohibited from accessing the dark web or utilizing an anonymous router.
>
> …
>
> ~~The defendant shall comply with the requirements of the U.S. Probation and Pretrial Services Computer Monitoring Program as directed. The defendant shall consent to the U.S. Probation and Pretrial Services Office conducting ongoing monitoring of his/her computer(s), hardware, software, and any/and all electronic devices/media. The monitoring will include the installation, at the defendant's expense, of hardware or software systems that allow evaluation of his/her computer use. Monitoring may also include the retrieval and copying of all data from his/her computer(s) or any/and all other electronic devices/media. The defendant may be subject to quarterly polygraph testing at his/her expense, solely to ensure compliance with the requirements of the monitoring program. The defendant hereby consents to U.S. Probation and Pretrial Services' use of electronic detection devices to evaluate the defendant's access to WiFi (wireless fidelity) connections.~~

For the foregoing reasons, Mr. Conry's motion to modify (Dkt. No. 109) is GRANTED. All other conditions remain unchanged.

DATED this 18th day of September 2023.

John C. Coughenour
UNITED STATES DISTRICT JUDGE